*In re* **AUTRY**, Nicholas James (MR 21051)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to

Supreme Court Rule 762(b) is allowed, and respondent Nicholas James Autry is suspended from the practice of law for 18 months and until further order of the Court.